No. 1231. WERTZ v. VILLAGE OF SOLON. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. R. A. Argabright* and *John M. Sprigg* for petitioner. *Mr. Ralph W. Jones* for respondent.

No. 1233. NATIONAL BRONX BANK v. COMMISSIONER OF INTERNAL REVENUE. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Meyer D. Siegel* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *Mrs. Maryhelen Wigle* for respondent.

No. 1235. NATHANSON v. ILLINOIS. June 4, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Wm. Scott Stewart* for petitioner.

No. 1240. LORENZA v. CITY OF CLEVELAND. June 4, 1945. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Harold T. Gassaway* for petitioner. *Mr. Joseph F. Smith* for respondent.

No. 1246. ESTATE OF MARSHALL ET AL. v. COMMISSIONER OF INTERNAL REVENUE. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James Marshall, Mark Eisner* and *Ferdinand Tannenbaum* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch* for respondent.